AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 AUG 29 AM 10: 59

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GRANT MICHALSKI | ) | Case No. 2:18-mj-636 |
| 221 N. Front Street, Unit 105 | ) | |
| Columbus, OH 43215 | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GRANT MICHALSKI
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252 and 2252A: Possession and/or receipt of child pornography in interstate commerce

Date: Aug. 23, 2018

City and state: Columbus, Ohio

Kimberly A. Jolson, U.S. Magistrate Judge

### Return

This warrant was received on (date) 8/23/18, and the person was arrested on (date) 8/24/18
at (city and state) Columbus, Ohio

Date: 8/24/18

David A. Knight
*Arresting officer's signature*

DAVID KNIGHT, FBI SA
*Printed name and title*